IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STATE FARM FIRE AND CASUALTY
COMPANY A/S/O MARY C. BURNETT                                              PLAINTIFF

v.                                  Case No. 4:15-cv-4110

WHIRLPOOL CORPORATION                                                      DEFENDANT

### ORDER

Before the Court is Plaintiff's Motion for Dismissal. (ECF No. 9). Plaintiff states that the parties have reached a settlement in this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed by court order at the plaintiff's request, on terms the court considers proper.

Accordingly, the Motion for Dismissal (ECF No. 9) is **GRANTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 12th day of October, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge